Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| In the Matter of the Search of<br><br>**A dark blue Motorola cellular telephone with a clear pouch affixed to the back containing multi-colored dots and "Becca" written in script, currently located at the FBI Flagstaff Resident Agency in Arizona** | Case No. 22-4333 MB |

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 6 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona (identify the person or describe the property to be searched and give its location):

**As further described in Attachment A.**

The person or property to be searched, described above, is believed to conceal (identify the person or describe the property to be seized):

**As set forth in Attachment B.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

YOU ARE COMMANDED to execute this warrant on or before     **September 16, 2022**     .
(not to exceed 14 days)

☐ in the daytime 6:00 a.m. to 10 p.m.
☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge.

_____.
*(name)*
☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*    ☐ for  days *(not to exceed 30)*
☐ until, the facts justifying, the later specific date of _____.

Date and time issued: _____    **Camille D. Bibles**  Digitally signed by Camille D. Bibles
Date: 2022.09.02 15:19:19 -07'00'
*Judge's signature*

City and State: _____    Honorable Camille D. Bibles, U.S. Magistrate Judge
*Printed name and title*

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
|  | 9/16/2022 7:15pm |  |

Inventory Made in the Presence of:

Inventory of the property taken and name of any person(s) seized:

Cellebrite extraction of the phone listed in Attachment A for items listed in Attachment B.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/19/2022

Executing officer's signature

SA Eric Stoddard

Printed name and title

## ATTACHMENT A

### Property to be Searched

A dark blue Motorola cellular telephone with a clear pouch affixed to the back containing multi-colored dots and "Becca" written in script.



## ATTACHMENT B

### Particular Things to be Seized

The following items of evidence, contraband, fruits, and instrumentalities used in and relating to violations of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), Possession with Intent to Distribute Methamphetamine:

1. Device information to include but not limited to unique identifying information about the phone, subscriber information, and information in relation to the make, model, and features of the phone.
2. Information about the applications installed on the phone, the usage of the applications, and the information collected, sent, or received by the applications.
3. Contact information stored on the phone.
4. Call log records stored on the phone.
5. SMS/MMS sent and received messages stored on the phone.
6. User account information maintained within the physical storage of the phone to include but not limited to the user accounts utilized by the phone and the applications installed on the phone.
7. Wireless network information stored on the phone.
8. Data files maintained on the phone to include but not limited to audio, video, images, and databases.
9. Location information of the cellular device, data files, or applications maintained on the phone.

In searching this data, the computer-based personnel may examine and copy all of the data contained in the cellular telephone or digital devices to view their precise contents and determine whether the data falls within the items to be seized. In addition, the computer

personnel may search for and attempt to recover deleted, hidden, or encrypted data to determine whether the data falls within the list of items to be seized.

This warrant authorizes a review of electronic storage media and electronically stored information seized or copied pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the seized or copied electronic data to the custody and control of attorneys for the government and their support staff for their independent review.